# DIVIDENDS REMITTED TO THE COURT

Check Number 117 Dated 08/25/09
Case Number 08-18979 - MACK, JANEEN D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000001 | 24.60 | 0.20 |
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000002 | 31.35 | 0.25 |
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000003 | 31.35 | 0.25 |
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000004 | 136.89 | 1.09 |
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000005 | 31.35 | 0.25 |
| Recovery Management Systems Corporation<br>For Orion<br>As Assignee of Western/Northside Medical<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131<br>0208 | 000006 | 31.35 | 0.25 |
| North East Financial Services<br>P.O. Box 4748<br>Akron, OH 44310 | 000008 | 227.00 | 1.82 |
| Time Warner Cable c/o<br>United Claims & Adjustments Corp.<br>5500 Market Street<br>Suite 107A<br>Youngstown, OH 44512 | 000010 | 413.08 | 3.30 |

# DIVIDENDS REMITTED TO THE COURT
Check Number 117 Dated 08/25/09
Case Number 08-18979 - MACK, JANEEN D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PRA Receivables Management, LLC**<br>**As Agent Of Portfolio Recovery Assocs.**<br>**PO Box 12914**<br>**NORFOLK VA 23541**<br>1848 | 000013 | 106.65 | 0.85 |
| **PRA Receivables Management, LLC**<br>**As Agent Of Portfolio Recovery Assocs.**<br>**PO Box 12914**<br>**NORFOLK VA 23541**<br>7312 | 000017 | 144.06 | 1.16 |
| **Worldwide Asset Purchasing, II, LLC**<br>**c/o West Asset Purchasing, Inc,**<br>**P. O. Box 105698**<br>**Atlanta,GA 30348**<br>8929 | 000023 | 599.50 | 4.79 |

---------- Remittance Total --------------        1,777.18        14.21

DAVIS, STEVEN S., Trustee